# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00520-BNB

SAMMIE LEE DENSON, JR.,

Applicant,

v.

WARDEN JAMES E. ABBOTT, C.T.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 1 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's "Motion to Request Discoveries, Laboratory Reports and Etc. in This Motion to Aid in Presenting and Proving Federal Habeas Claims" filed on March 13, 2008, is DENIED as premature.

Dated: April 1, 2008

Copies of this Minute Order mailed on April 1, 2008, to the following:

Sammie Lee Denson, Jr.
Prisoner No. 81932
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

Secretary/Deputy Clerk